## People of State of Illinois, Appellee, v. Bruno Austin et al., Appellants.

### Gen. No. 43,699.

opinion filed June 26, 1946; released for publication August 19, 1946. Abraham Teitelbaum, for appellants; Max C. Liss, of counsel; William J. Tuohy, State's Attorney, for appellee; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Joseph A. Pope and C. D. Pemberton, Assistant State's Attorneys, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.